UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THERESA SMALL SMITH )<br>425 2ND Street, N.W. )<br>Washington, DC 20001 )<br>Plaintiff *Pro Se* )<br>)<br>v. )<br>)<br>HOLLY H. SHIMIZU, Executive )<br>Director, U.S. Botanical Gardens )<br>350 1st Street, S.W. )<br>Washington, DC, 20024, )<br>)<br>ELIZABETH SMYTH )<br>Smithsonian Institute )<br>1100 Jefferson Drive, S.W. )<br>Washington, DC 20560, )<br>)<br>and )<br>)<br>PRUDENCE FRASER, )<br>City Capitol Brewery )<br>2 Massachusetts Avenue, N.E. )<br>Washington, DC, 20212 )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: _____<br><br><br><br><br>Case: 1:07-cv-02217<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 12/10/2007<br>Description: TRO/PI |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Federal Defendants U.S. Architect of the Capitol and the Smithsonian Institution, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, 1346(b), 2401(b), and 2671-80. In support of that notice, the U.S. Architect of the Capitol states as follows:

1. The U.S. Architect of the Capitol is a defendant in the civil action styled <u>Theresa</u>

-1-

<u>Small Smith v. Holly H. Shimizu, et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Action No.: 2007CA007512 R(RP).

2. The above entitled action was filed on or around November 9, 2007, and a copy of the complaint is attached hereto as Exhibit A. On that date, Plaintiff also filed a Motion for a Temporary Restraining Order and a Motion for a Preliminary Injunction.

3. At the time of the incidents alleged in the complaint, Holly H. Shimizu and Elizabeth Smyth were both employees of the Federal Government. Holly H. Shimizu is the Executive Director of the United States Botanical Gardens. The United States Botanic Garden (USBG) is a botanic garden run by the Congress of the United States. It is located in Washington, D.C., on the U.S. Capitol Grounds campus near Garfield Circle. Elizabeth Symth is an employee of the Smithsonian Institution, a federal agency. The United States, therefore, is the proper defendant in this case and should be substituted for the.

4. Plaintiff's complaint seeks damages in the amount of $3,000,000,000.00 for Defendant's alleged theft of her identity or in the alternative, an order to vacate the property. <u>See</u> Exhibit A, Relief Sought.

5. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against the United States pursuant to the Federal Torts Claims Act and therefore removal is also authorized by 42 U.S.C. § 233 and 28 U.S.C. § 1441(a).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80.

December 10, 2007.                    Respectfully Submitted,

_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Federal Defendants

CA Form 1

## Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Theresa Small Smith
c/o 425 2nd St. NW
Wash, DC 20001

Plaintiff

0007512-07

vs.

Holly H. Shimizu
Botanical Gardens
350 1st St. SW

Elizabeth Smyth
Smith Castle
1100 Jefferson Drive
Wash, DC   City Capitol

Prudence Fraser,   2 Mass. Av NE
    Wash, DC

Defendant

Civil Action No. _____

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

_____
Name of Plaintiff's Attorney

c/o 425 2nd St. NW
_____
Address
Wash, DC 20001

202 879-7117
_____
Telephone

By _____
                 Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

07 2217

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

**FILED**

DEC 10 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Theresa Small Smith
425 2nd St. NW
Wash, DC 20001                    *Plaintiff*

vs.

CIVIL ACTION No. 0007512-07

Holly H. Shimizu
Ex Director, US Botanical Gardens
850 Braf St. SW, Wash, DC

Elizabeth Smyth
Smith Castle
1100 Jefferson Drive            *Defendants*
Wash, DC

Prudence Fraser, City Capitol
National Brewery
2 Mass. Ave. NE, Wash, DC

**COMPLAINT**

RECEIVED
CIVIL CLERK'S OFFICE
NOV - 9 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

I, Theresa Small Smith am the victim of Identity Theft, malicious disfigurement, malicious interference, Seperation of family, property, assets, deliberate intent and conspiracy. I am also the true heir to the above mentioned property that defendants are illegally occupying as they are squatters, embezzlers and have labelled my family's landmark residential property as gov't property. Because of this act of Fraud my family is being forced into homelessness and ostracized from our children and each other. We have lost businesses + Bank accts as records were

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 36 billion on property with interest and costs, Vacate property and return assets and client list Locations and whereabouts of Plaintiff's family members and children.

DISTRICT OF COLUMBIA, SS                        Phone: 202-393-7117

Theresa Small Smith, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

Theresa Small Smith, pro se
(Plaintiff / Agent)

Subscribed and sworn to before me this ____8th____ day of ___Nov___ 2007.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

Superior Court of The District
of Columbia
Civil Division, JM 170
Wash, DC 20001

Theresa Small Smith
c/o 425 2nd St. NW
Wash, DC 20001
　　　Plaintiff,

v.

Holly H. Shimizu
Ex. Dir. Botanical Gardens
350 1st St. SW

Elizabeth Smyth
Smith Castle
1100 Jefferson Drive
Wash, DC.

Prudence Fraser
City Capitol Brewery
2 Mass Ave, NE
Wash, DC

0007512-07

Motion for
Civil Damages
and/or Vacate
Property Order

## STATEMENTS of Fact

1. Above defendants are residing on Property locations illegally as property is landmark residential property belonging to the Smith family.

2. Above defendants are long time enemies of Plaintiff's family and has devised a conspiracy to impoverish Plaintiff's family. See US v. Richardson, 14 F. 3d 666 (1st. Cir 1994); State v. Horton, 275 N.C. 651, 170, S.E. 2d 466 (1969).

3. The Property at 350 1st St. SW belongs to Plaintiff relatives and was designed to accommodate a solarium & Green house which was frequently mistaken for a botanical Garden, mostly by defendants and associates, so defendants decided to take property and make it as such. See US v. Tokyo Rose, 1977; Also see William Donaldson v. Young Women's Christian Association of Duluth, 539 N.W. 2d 789 (Minn. 1995)

4. Smith Castle at 1100 Jefferson Drive belong to James E Smith and has been in our family since the 1100's. Plaintiff family history, account info, client list, memorabilia, wills, birth certificates were on this property and defendants have access to all records, personal + professional as well as Intellectual Property. See Landmark Prop Listing-Congress-Loc.

2.

5. The property at 2 Mass Ave, NE Also belongs to the Smith family and was the Home and was opened up to private viewers at first and established the Space Aeronautics museum. The Smith family were military people and collected planes, etc. The property is there estate and has been in our family since the 1400's.

6. Plaintiff was subjected to Identity Theft by defendants + associates since 2001. All records contained on said property would prove Plaintiff is the true heir to property in Complaint + that Plaintiff's children and relatives children are also heirs.

7. Plaintiff family members are international entrepreneurs and all other property locations and businesses are recorded in the properties listed in complaint and defendant's are using information to close down business, embezzle assets, etc. forcing Plaintiff + family members into poverty and separating families. The Smithsonian Museums were torn down by defendants. Another Smithsonian at Constitution, NW + 7 + G St. NW were court had

8. Defendant's have property listed as government property and claim to depend on donations + government grants when assets associated with property all bldgs at 1100 Jeff Dr, 4 Bldgs - Supp Archive, AA museum, Sackler, Castle were individual Residents belonging to Plaintiff + Family total $ assets as of 2001 exceeded 2.3 billion and were in accounts in DC, 350 1st St all was Family w/ assets over $5 million and 2 Mass Ave, NW had total assets of 12 million. These persons are commiting fraud and falsifying documents to obtain additional funds from the government while squandering Plaintiff's family assets + property.

9. Plaintiff ask to Court to grant my impauperis motion and Motion for Civil Damages and/or Order to Vacate Property as defendants are Identity Thieves responsible for Malicious Interference, Conspiracy deliberate Intent, Separation of family, property + assets. Our children are parents as well as other relatives are being denied their right to Life, liberty and pursuit of their American dream.

Theresa Annette Smith   ( respectfully submitted )
November 9, 2007

# Superior Court of the District of Columbia
### CIVIL DIVISION

Theresa Small Smith
c/o 425 2nd St. NW - JHP
Wash, DC 20001

vs.

Holly H. Shimizu
Elizabeth Smyth
Prudence Fraser

Plaintiff

Defendant

RECEIVED
Civil Clerk's Office
NOV 0 9 2007
Superior Court of the District of Columbia
Washington Pro Se

No. 0007512-07

**MOTION OF:** Theresa Small Smith for damages totalling 3billion and/or ORDER to vacate Property
(State briefly what you want the Court to do)

I would like the court to grant the TRO + Preliminary Injunction in this matter as defendants are tearing the property down and emptying out personal + profess...

Printed name: Theresa Small Smith
Signature: Theresa Small Smith
Address: c/o 425 2nd St. NW
Home phone no.
Business phone no. 202-393-7117

## CERTIFICATE OF SERVICE

On November 10, 2007, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Prudence Fraser
Address: 2 Mass Av, NE

Name: Holly H. Shimizu
Address: 350 1st St, SW

Signature: Theresa Small Smith

## POINTS AND AUTHORITIES
(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The Smith family legacy has been a part of history since 1774 and said property has been in the family as long and the defendants are ID Thieves who conspired to retaliate against plaintiffs family by illegally taking over prop business + IDs See Smith v. Brutsky, W Kennedy v. Brutsky, 537 NW 2d 789 (Minn. 1995), State v. Mosley. Theresa Small Smith

## CERTIFICATE OF SERVICE

I certify that on December 10, 2007, I caused copies of the foregoing Notice of Removal of Civil Action to be served by first class mail upon:

Theresa Small Smith
425 2nd Street, N.W.
Washington, DC 20001

Holly H. Shimizu, Executive
Director, U.S. Botanical Gardens
350 1st Street, S.W.
Washington, DC, 20024

Elizabeth Smyth
Smithsonian Castle
1100 Jefferson Drive, S.W.
Washington, DC 20560

Prudence Fraser,
City Capitol Brewery
2 Massachusetts Avenue, N.E.
Washington, DC 20212

ALEXANDER D. SHOAIBI, DC Bar #423587
Assistant United States Attorney

# CIVIL COVER SHEET

JS-44
(Rev 2/01 DC)

**I (a) PLAINTIFFS**
Theresa Small Smith
425 2nd Street NW
Washington, D.C. 20001                    11001

**DEFENDANTS**
Holly H. Shimizu, Executive Director, U.S. Botanical Gardens
Elizabeth Smyth, Smithsonian Institution    11001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
N/A

Case: 1:07-cv-02217
Assigned To : Friedman, Paul L.
Assign. Date : 12/10/2007
Description: TRO/PI

**II  BASIS OF JURISDICTION**
(SELECT ONE BOX ONLY)

○ 1  U.S. Government Plaintiff
⊙ 2  U.S. Government Defendant
○ 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in item III)

**III  CITIZENSHIP OF PRINCIPAL PARTIES** (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☒ **B. Personal Injury/Malpractice**

○ **C. Administrative Agency Review**

☒ **D. Temporary Restraining Order/Preliminary Injunction**

☐ 410 Antitrust

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**      OR      ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
○ 1 Original Proceeding   ⊙ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
identity theft alleged against two federal employees. Removed pursuant to 28 U.S.C. sections 1441, 1442, 1446, and 2679

VII. REQUESTED IN COMPLAINT   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 3,000,000,000.00   Select YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE December 10, 2007   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_THERESA S. SMITH_____
Plaintiff

v.                              Civil Action No. 07 2217

_Holly H. Shimizu, ET AL_____          DEC 10 2007
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **FRIEDMAN, J. PLF**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: _THERESA S. SMITH_

929A
Rev. 7/02