United States District Court

For the District of Columbia

333 Constitution Avenue, NW

Washington, DC

----------------------------------------X

**Theresa Small Smith**

         Plaintiff,

  v.

**Holly H. Shimizu**

350 1st Street, SW

Wash, DC ,

**Elizabeth Smyth**

Smith Castle/Smithsonian

1100 Jefferson Dr., SW

Wash, DC

**Prudence Fraser**

Capitol City Brewery

1-2 Massachusetts Ave., NE

Wash, DC

         Defendants.

----------------------------------------X

Dated: December 21, 2007

Superior Court No. 07CA7512

US District Court No. 1:07cv2217

Judge. J. Friedman

<u>**Motion In Opposition to Removal of Superior Court Case 07CA7512 to United States Court No. 07cv2217**</u>

With reference to the above captioned matter, I, Theresa Small Smith, Plaintiff and Pro Se Litigant do hereby submit this Motion in Opposition to the removal/transference of my Superior Court Action 07CA7512 to the United States District Court 07 2217/1:07cv2217 for the following reasons

1. Plaintiff's are not Federal Defendants as they have claimed. <u>***See 18 USCA §1001-false statement of representation or concealment of material facts in***</u>

**RECEIVED**

DEC 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*<u>a matter within the jurisdiction of any department or agency of the United States.</u>*

2. I, Theresa Small Smith, Plaintiff in this action am the true heir to the Estates known as Smith Castle at 1100 Jefferson Ave., SW currently known as the Smithsonian Museum, the Smith Estate a 1-2 Massachusetts Ave, NE, aka The Space Aeronautic Center currently known as the Capitol City Brewery, and the location at 350 First$^{st}$ Street, SW currently known as the Botanical Gardens, am the victim of identity theft and the current occupants are illegally residing on personal/real property of Plaintiff and Defendants are aware of this fact. *<u>See, 18 USCA §§911-917 False Personation; 18 USCA §1002 Possession of false papers to defraud the United States.</u>*

3. Abuse of Process is where defendants willfully uses court processes improperly (e.g. obtaining an injunction on the basis of false affidavits and for an ulterior purpose... *<u>See Spellens v. Spellens (1957) 49 C2d 210, 317 P 2d 613, 626-627.</u>*  Plaintiff action was filed in Superior Court and defendant(s) does not have the right to have Plaintiff motion moved from Court of Plaintiff choice based on fraudulent statements and misrepresentation. *<u>See Patrick Law.</u>*

4. The Real Party in interest is the Person who has the right to sue under the substantive law. It is the person who owns or holds title to the claim or property involved as opposed to others who may be interested or benefitted by the litigation. *<u>See Gantman v. United Pacific Reliance (1991) 232 CA 3d 1560, 284 CR 188, 192</u>*.

5. Transfers-Superior Courts that transfers should be ordered sparingly and only in the clearest of cases, after a thorough review of the facts of the case and preferably not until an arbitration award has been obtained to assist in the evaluation process. *<u>See Campbell v. Sup. Ct. (Cala Foods), supra, 213 CA 3d at 151, 261 CR at 515.</u>*

6. Courts must proceed with caution in ordering transfers...because improper transfer could impair plaintiff's right of recovery and could even foster delay... *<u>See Walker v. Sup. Ct. (Residential Construction Enterprises), supra, 53 C3d at 271, 279 CR at 585.</u>*

7. Courts today recognize that actions involving property affect the rights of the property owners. Thus, due process requires a basis for

2

personal jurisdiction over the property owners in any case in which their rights in the property are to be affected. **_See Shaffer v. Heitner (1977) 422 US 186, 207, 97, S. Ct. 2569, 2581._**

8. **Unreasonableness-The agreement must designate a forum bearing some legitimate relationship to the parties on their dispute, Forum selection clauses...may be given affect...in the absence of a showing that enforcement of such a clause would be unreasonable. _See Smith, Valentino & Smith, Inc. v. Sup. Ct. (1976) 17 C3d 491, 497, 131 CR 374, 377._**
9. Intimidation-Act of violence or intimidation on the part of a public entity that are intended to prevent the filing of a claim may also create an estoppel. **_See John R. v. Oakland Unified School Dist., Supra 48 C3d at 445, 256, CR at 769._**
10. Estoppel-A public entity may be estopped from asserting the limitations of the claims statute where its agents or employees have prevented or deterred the filing of a timely claim by some affirmative act. **_See John R. v. Oakland Unified School Dist., (1989) 48 C3d at 438,445, 256, CR at 766, 769._**

Respectfully submitted before the United States District Court, 333 Constitution Avenue, NW, Washington, DC 20001, this 21st day of December, 2007 by Plaintiff, Theresa Small Smith, c/o 425 2nd Street, NW, Washington, DC 2001, 202-393-7117 (msgs only), mstsmallsmith@yahoo.com.


_Theresa Small Smith_
Theresa Small Smith, Pro Se.

3

United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC

```
-------------------------------------------X      Dated:  December 21, 2007
**Theresa Small Smith**                           Superior Court No. 07CA7512
            Plaintiff,                             US District Court No. 1:07cv2217
      v.                                          Judge. J. Friedman


**Holly H. Shimizu**
350 1st Street, SW                                **Motion In Opposition to Removal**
Wash, DC,                                         **of Superior Court Case 07CA7512**
**Elizabeth Smyth**                               **to United States Court No. 07cv2217**
Smith Castle/Smithsonian
1100 Jefferson Dr., SW
Wash, DC
**Prudence Fraser**
Capitol City Brewery
1-2 Massachusetts Ave., NE
Wash, DC
            Defendants.
-------------------------------------------X
```

## AFFIDAVIT OF SERVICE

I, Theresa Small Smith, do hereby state that I mailed via regular mail to the above defendants a copy of the Motion in Opposition to Removal of Superior Court Case to United States Court this 21st Day of December, 2007.

*[signature: Theresa Small Smith]*

Theresa Small Smith, Pro Se

4