UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA SMALL SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOLLY H. SHIMIZU, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil No. 07-2217 PLF |

**FEDERAL DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Federal Defendants Holly H. Shimizu, Executive Director of the U.S. Botanical Gardens and Elizabeth Smyth, Smithsonian Institute, respectfully move this Court to enlarge the time within which they may file their answer or response to the complaint in this removal action. Undersigned counsel left a voice mail message for plaintiff pro se at the telephone number listed on the Court's docket in order to obtain her position on an enlargement of time , but has not spoken to her as of the time of filing this motion. The requested enlargement of time is merited for the following reasons:

1. Upon receipt of this case, which at the time was pending in the District of Columbia Superior Court, undersigned counsel prepared the removal papers and removed this case to this Court on December 10, 2007. Fed. R. Civ. P. 81(c) provides for the longer of 20 days from service or receipt of the complaint or five days from removal of the case to answer the complaint.

2. For approximately two weeks following the above removal, undersigned counsel entered the above civil case number 07-2217 into the ECF system so that he could move for additional time to file a response to plaintiff's complaint.

3. On each of the many occasions on which undersigned counsel attempted to file a motion on defendants' behalf, entry of the case number 07-2217 would result in a message stating that no case by that number was in existence in the system.

4. Undersigned counsel diligently attempted to file a response to plaintiff's complaint through the ECF system within five days from the date of removal and for several days thereafter without success.

5. Understanding that plaintiff pro se had filed previous cases in this Court that were dismissed by the Court at the outset (<u>Smith v. Gurvey, et al.</u>, No. 07-5002, <u>Smith v. Smyth, et al.</u>, 07-1990), and because of his inability to find record of the case number assigned to this case in the ECF system, undersigned counsel believed that a preliminary determination had been made not to place this matter on the Court's docket.

6. In the process of checking the status of all of his cases on the date of filing this motion, it was brought to the attention of undersigned counsel that this case was, in fact, on the Court's docket and ultimately had been placed on the ECF system.

7. Federal defendants are still in the process of obtaining representation authority, and, in addition, undersigned counsel needs additional time to speak with defendants and compile the information necessary to prepare a dispositive motion in response to plaintiff's complaint.

8. Granting defendants additional time to respond to plaintiff's complaint would be in the interests of justice.

Wherefore, federal defendants, by counsel, move for an enlargement of time to February 8, 2008 to file their response to Plaintiff's Complaint.

         Respectfully Submitted,


         _____//_____
         JEFFREY A. TAYLOR, DC Bar #489610
         United States Attorney



         _____//_____
         RUDOLPH CONTRERAS, DC Bar #434122
         Assistant United States Attorney


         _____//_____
         ALEXANDER D. SHOAIBI, DC Bar # #423587
         Assistant United States Attorney
         Judiciary Center Building – Civil Division
         555 4th Street, N.W.,
         555 Fourth Street, N.W. -- Room E-4218
         Washington, D.C. 20530
         (202) 514-7236

         Counsel for the Defendant

CERTIFICATE OF SERVICE

I certify that on January 11, 2007, I caused copies of the foregoing Motion for Enlargement of Time to be served by first class mail upon:

Theresa Small Smith
425 2nd Street, N.W.
Washington, DC 20001

Prudence Fraser
City Capitol Brewery
2 Massachusetts Avenue, N.E.
Washington, DC 20212

_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA SMALL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-2217 PLF |
| ) | |
| HOLLY H. SHIMIZU, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of Federal Defendants' Motion for Enlargement of Time to File an answer or response to the complaint, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until February 8, 2008, to file its response to the complaint in this matter.

_____
United States District Court Judge