**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC**

|  |  |
|---|---|
|  | Dated: February 4, 2008 |
| ----------------------------------X | |
| **Theresa Small Smith** | Superior Court No. 07CA7512 |
| | |
| **Plaintiff,** | US District Court No. 1:07cv2217 |
| v. | Judge. J. Friedman |
| **Holly H. Shimizu** | |
| 350 1st Street SW | Motion Requesting |
| Washington, DC | Investigation Under the |
| | <u>**Patrick Law of 2006**</u> |
| **Elizabeth Smyth** | |
| Smith Castle/Smithsonian | |
| 1100 Jefferson Drive, SW | |
| Washington, DC | |
| | |
| **Prudence Fraser** | |
| Capitol City Brewery | |
| 1-2 Massachusetts Ave., NE | |
| Washington, DC | |
| | |
| **Defendants.** | |
| ---------------------------------------X | |

With reference to the above captioned matter, I, Theresa Small Smith,

Plaintiff and Pro Se Litigant do hereby submit this Motion requesting an

investigation as per the Patrick Law of 2006 into the government

**RECEIVED**
FEB – 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

defendant status of the Defendants in the matter of 07cv2217/1:07cv2217 for the following reasons:

**1. *Defendant's*** are not Federal Defendants as they have claimed. ***See 18 USCA §1001-false statement of representation or concealment of material facts in a matter within the jurisdiction of any department or agency of the United States.***

**2.** I, Theresa Small Smith, Plaintiff in this action am the true heir to the Estates known as Smith Castle at 1100 Jefferson Ave., SW currently known as the Smithsonian Museum, the Smith Estate a 1-2 Massachusetts Ave, NE, aka The Space Aeronautic Center currently known as the Capitol City Brewery, and the location at 350 First Street, SW currently known as the Botanical Gardens, am the victim of identity theft and the current occupants are illegally residing on personal/real property of Plaintiff and Defendants are aware of this fact. ***See, 18 USCA §§911-917-False Personation; 18 USCA §1002-Possession of false papers to defraud the United States.***

**3.** Abuse of Process is where defendants willfully uses court processes improperly (e.g. obtaining an injunction on the basis of false affidavits and for an ulterior purpose...***See Spellens v. Spellens (1957) 49 C2d 210, 317 P 2d 613, 626-627.*** Plaintiff action was filed in Superior Court on December 10, 2007 and defendant(s) requested the right to have Plaintiff motion moved from Court of Plaintiff choice on December 10, 2008 based

2

on fraudulent statements and misrepresentation. ***See Patrick Law of 2006 and Lehman v. Jones, 222 US 51, 32 S.Ct. 18, 56L. Ed 89 (1911) one who aids another's impersonation by identifying the person as the person he or she claims to be is also guilty of fraud***

**4.** The Real Party in interest is the Person who has the right to sue under the substantive law. It is the person who owns or holds title to the claim or property involved as opposed to others who may be interested or benefitted by the litigation. ***See Gantman v. United Pacific Reliance (1991) 232 CA 3d 1560, 284 CR 188, 19; also see The People of the State of NY v. Fraser.***

**5.** Defendant's/Defenant's attorney had filed this Action in USDC on December 10, 2007, yet has not filed a Motion for removal with the Superior Court, thereby blocking Plaintiff's Motion in Opposition to Removal from being filed, as there was nothing to respond to, according to the Clerk in JM 170. ***See, Courtview Docket, Superior Court 07ca7512.*** The case is currently still active in the Superior Court at 500 Indiana Avenue, NW as of January 3, 2008 as a hearing on the Preliminary Injuction was implemented to which I received no notice.

**6.** Courts must proceed with caution in ordering transfers and allowing an extension of time...because improper transfer could impair plaintiff's right of recovery and could even foster delay...***See Walker v. Sup. Ct. (Residential Construction Enterprises), supra, 53 C3d at 271, 279 CR at 585.*** On January 16, 2008, Defendant's requested an Enlargement of Time

3

to Respond until February 8, 2008 which was granted by the court on January 18, 2008 after already having 36 days to respond since December 10, 2007. It is obvious that defendants are seeking to further delay this action for reasons related to statements made above as they have frequent computer access, staff personnel, etc; whereas the Plaintiff doesn't.

**7.** Courts today recognize that actions involving property affect the rights of the property owners. Thus, due process requires a basis for personal jurisdiction over the property owners in any case in which their rights in the property are to be affected. ***See Shaffer v. Heitner (1977) 422 US 186, 207, 97, S. Ct. 2569, 2581.*** Defendant's delays are tactics and this granted enlargement of time and delay in moving forward with this case has allowed Defendants the opportunity to get rid of any and all documents belonging to Plaintiff that may be left on the grounds, in files, in computer software, diskettes, vaults, etc.

**8.** Intimidation-Act of violence or intimidation on the part of a public entity that are intended to prevent the filing of a claim may also create an estoppel. ***See John R. v. Oakland Unified School Dist., Supra 48 C3d at 445, 256, CR at 769.*** Defendants are using illegally obtained positions, status and property to prevent Plaintiff from regaining her position, identity and property as a form of intimidation by use of prefabricated documents and statements.

4

**9. Estoppel**-A public entity may be estopped from asserting the limitations of the claims statute where its agents or employees have prevented or deterred the filing of a timely claim by some affirmative act. <u>See *John R. v. Oakland Unified School Dist.*, (1989) 48 C3d at 438,445, 256, CR at 766, 769.</u> I respectfully request the United States District Court for grant my Motion for an Investigation under the Patrick Law of 2006 based on the above stated facts which can be proven through this investigation.

Respectfully submitted before the United States District Court, 333 Constitution Avenue, NW, Washington, DC 20001, this 4th day of February, 2008 by Plaintiff, Theresa Small Smith, c/o 425 2nd Street, NW, Washington, DC 2001, 202-393-7117 (msgs only), mstsmallsmith@yahoo.com.

*Theresa Small Smith*

Theresa Small Smith, Pro Se.

5