UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA SMALL SMITH, )<br>   )<br>         Plaintiff, )<br>   )<br>   v.   )<br>   )<br>HOLLY H. SHIMIZU, et al., )<br>   )<br>         Defendants. )<br>_____ ) | Civil No. 07-2217 PLF |

### FEDERAL DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Federal Defendants Holly H. Shimizu, Executive Director of the U.S. Botanical Gardens and Elizabeth Smyth, Smithsonian Institute, respectfully move this Court to enlarge the time within which they may file their answer or response to the complaint in this removal action. Undersigned counsel left a voice mail message for plaintiff pro se at the telephone number listed on the Court's docket in order to obtain her position on an enlargement of time, but has not spoken to her as of the time of filing this motion. The requested enlargement of time is merited for the following reasons:

   1.   Because of conflicting obligations in other cases, and due to unanticipated leave related to family health issues, undersigned counsel will not be able to complete Federal Defendants's dispositive motion in response to Plaintiff's Complaint by the present deadline of February 8, 2008.

   2.   Granting defendants two additional weeks to respond to plaintiff's complaint would be in the interests of justice.

Wherefore, Federal Defendants, by counsel, move for an enlargement of time to February 22, 2008 to file their response to Plaintiff's Complaint.

Respectfully Submitted,

_____//_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney


_____//_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


\_\_\_\_\_//_____
ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 4th Street, N.W.,
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

CERTIFICATE OF SERVICE

    I certify that on February 7, 2008, I caused copies of the foregoing Motion for Enlargement of Time to be served by first class mail upon:

Theresa Small Smith
425 2nd Street, N.W.
Washington, DC 20001

Prudence Fraser
City Capitol Brewery
2 Massachusetts Avenue, N.E.
Washington, DC 20212

_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA SMALL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-2217 PLF |
| | ) |
| HOLLY H. SHIMIZU, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of Federal Defendants' Second Motion for Enlargement of Time to File an answer or response to the complaint, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until February 22, 2008, to file its response to the complaint in this matter.

_____
United States District Court Judge