UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA SMALL SMITH, )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )    Civil No. 07-2217 PLF<br>    )<br>HOLLY H. SHIMIZU, et al., )<br>    )<br>    Defendants. )<br>_____ ) | |

**FEDERAL DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR INVESTIGATION UNDER
THE PATRICK LAW**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Federal Defendants Holly H. Shimizu, Executive Director of the U.S. Botanical Gardens and Elizabeth Smyth, Smithsonian Institute, respectfully move this Court to enlarge the time within which they may file their opposition to plaintiff's motion for investigation under the Patrick Law. Undersigned counsel has spoken to plaintiff's counsel regarding this case generally and understands that she is opposed to all extensions of time. The requested enlargement of time is merited for the following reasons:

   1. Undersigned counsel has been working on a dispositive motion that should address issues raised in plaintiff's initial complaint as well as those contained in her more recent motion.

   2. Allowing defendants to file their initial response to plaintiff's complaint before separately addressing plaintiff's second motion raising largely the same issues would be in the interests of justice and of judicial economy.

Wherefore, Federal Defendants, by counsel, move for an enlargement of time to February 22, 2008, the present deadline for Federal Defendants' response to the Complaint, to file their response to Plaintiff's Motion for Investigation in conjunction with Defendants' response to Plaintiff's Complaint.

Respectfully Submitted,

_____//_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney


_____//_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____//_____
ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 4th Street, N.W.,
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

CERTIFICATE OF SERVICE

    I certify that on February 19, 2008, I caused copies of the foregoing Motion for Enlargement of Time to be served by first class mail upon:

Theresa Small Smith
425 2nd Street, N.W.
Washington, DC 20001

Prudence Fraser
City Capitol Brewery
2 Massachusetts Avenue, N.E.
Washington, DC 20212

_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA SMALL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 07-2217 PLF |
| | ) |
| HOLLY H. SHIMIZU, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of Federal Defendants' Motion for Enlargement of Time to File Opposition to Plaintiff's Motion Under the Patrick Law, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this

_____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until February 22, 2008, to file its response to the Plaintiff's Motion Under the Patrick Law.

_____
United States District Court Judge