United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC

-------------------------------------------X

**Theresa Small Smith**

          Plaintiff,

v.

**Holly H. Shimizu**
350 1st Street, SW
Wash, DC ,

**Elizabeth Smyth**
Smith Castle/Smithsonian
1100 Jefferson Dr., SW
Wash, DC
**Prudence Fraser**
Capitol City Brewery
1-2 Massachusetts Ave., NE
Wash, DC

          Defendants.

-------------------------------------------X

Dated:  February 20, 2008

~~Superior Court No. 07CA7512~~

US District Court No. 1:07cv2217

Judge. J. Friedman

**Motion In Opposition to
additional enlargement**

With reference to the above captioned matter, I, Theresa Small Smith, Plaintiff and Pro Se Litigant do hereby submit this Motion in Opposition to the additional request from Defendants for another enlargement/extension of time as this matter is still on the calendar at the Superior Court Action 07CA7512 and also in the District Court 07 2217/1:07cv2217. for the following reasons

*1.* Plaintiff's are not Federal Defendants as they have claimed. ***See 18 USCA §1001-false statement of representation or concealment of material facts in a matter within the jurisdiction of any department or agency of the United States.***

2. I, Theresa Small Smith, Plaintiff in this action am the true heir to the Estates known as Smith Castle at 1100 Jefferson Ave., SW currently known as the Smithsonian Museum, the Smith Estate a 1-2 Massachusetts Ave, NE, aka The

RECEIVED

FEB 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Space Aeronautic Center currently known as the Capitol City Brewery, and the location at 350 First$^{st}$ Street, SW currently known as the Botanical Gardens, am the victim of identity theft and the current occupants are illegally residing on personal/real property of Plaintiff and Defendants are aware of this fact. ***See, 18 USCA §§911-917-False Personation; 18 USCA §1002-Possession of false papers to defraud the United States.***

**3.** Abuse of Process is where defendants willfully uses court processes improperly, Defendants are deliberately and maliciously delaying Plaintiff actions for the reasons stated in December 21, 2007 Motion in Opposition to Removal of Case and know that they are not public Defendants as stated. ***See Patrick Law.***

**4.** If Defendants submit a Motion to Dismiss in this action after having 70 days in which to respond, this will prove that Defendants do not have any legal grounds in which to Defend themselves in this action and that the request for extension of time is a delay tactic. To date Plaintiff has not received any written notice of this request and received a phone call from Defendant's attorney on 2/12/08 to which Plaintiff expressed opposition to additional enlargement of time.

Respectfully submitted before the United States District Court , 333 Constitution Avenue, NW, Washington, DC 20001, February 20, 2008 by Plaintiff, Theresa Small Smith, c/o 425 2nd Street, NW,  Washington, DC 2001, 202-393-7117 (msgs only), mstsmallsmith@yahoo.com.

*Theresa Small Smith*
Theresa Small Smith, Pro Se.

*Certificate of Service*

I will mail to above listed defendants today, 2/20/08 a copy of this motion.

*Theresa Small Smith*