United States District Court
Civil Division
333 Constitution Avenue, NW
Washington, DC 20001

------------------------------------------X

Theresa Small Smith,

            Plaintiff,

     v.

Holly Shimuzi
c/o 350 First Street, SW
aka Botanical Gardens
Washington, DC 20007

Elizabeth Smyth
1100 Jefferson Drive, SW
Washington, DC  20025

Prudence Fraser
1-2 Massachusetts Ave., NE
Washington, DC 20001

            Defendants.

------------------------------------------------X

Dated: April 3, 2008

Docket No. 07cv2217
Judge: Paul L. Friedman

***MOTION TO TRANSFER***

I, Theresa Small Smith (no hyphen) do hereby Motion to have the above case 07cv2217 transferred out of the Superior Court of the District of Columbia to the District Court in the State of New York as per ***the Patriot Act of 2001***. I believe since my seeking implementation of this action there has been further threats to Plaintiff and Plaintiff offsprings and family members and that the lack of action taken in this matter  proves that it would be in the best interest of the Plaintiff and Plaintiff's offsprings to have this action transferred.  The Respondents apparently have joint addresses in New York and the District of Columbia and are trafficking information  from State to State or to other states posing as Plaintiff. ***See Identity Theft Prevention Act of 2007 and Justice for Victims of Torture & Terrorism Act. H5167.IH.***

I respectfully ask this court to grant this Motion for Transfer as it is within the jurisdiction of the law under the ***Patriot Act of 2001*** which allows an Individual the right to sue in any legal matter in any state or jurisdiction within the United States of America.   Pursuant to ***Federal Rules of Civil Procedure and Informa Pauperis Act of 2001*** mailing of this Motion can be sent by the courts in an Informa Pauperis action, as the Petitioner/Plaintiff has filed an affidavit stating that he/she is poor. Also ***See, 28.U.S.C §1915, Informa Pauperis Statute.***

Respectfully submitted before Family Division of the Superior Court, JM Level on April 3,2008 by Theresa Small Smith (no hyphen) c/o 425 2nd Street, NW, Washington, DC 20001, email: mstsmallsmith@yahoo.com.

**RECEIVED**

_____
Theresa Small Smith, Pro Se, Informa Pauperis

APR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07cv2217/pg1