CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Theresa Small Smith
_____
Plaintiff(s)

vs.

Prudence Fraser
Holly H. Shimizu
Elizabeth Smyth
_____
Defendant(s)

Civil Action No. 07cv2217

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 4th day of April, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Holly H. Shimizu, Prudence Fraser, Elizabeth Smyth was [were] (select one):

☐ personally served with process on _____.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☒ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
☒ no extension has been given and the time for filing has expired
☒ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Theresa Small Smith, pro se,
Attorney for Plaintiff(s) [signature]

c/o 725 2nd St. NW
Wash, DC 20001
801-996-6740
email: mrtsmallsmith@yahoo.com

_____
Bar Id. Number

_____
Name, Address and Telephone Number

**RECEIVED**

APR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT