UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THERESA SMALL SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2217 (PLF) |
| HOLLY H. SHIMIZU, *et al.*, | ) |
| Defendants. | ) |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the motion to dismiss for failure to state a claim [7] is GRANTED; and it is

FURTHER ORDERED that all other pending motions are denied as moot. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 14, 2008