PRAECIPE

# United States District Court
## for the District of Columbia

the __5th__ day of __May__ ~~19~~ 2008

__Theresa Small Smith__
vs.
__Holy Shimizu, Elizabeth Smyth, Prudence Fraser,__

} Civil / Criminal Action No. __07cv2217 PLF.__

The Clerk of said Court will __make the record know that Plaintiff has change residences and no longer is located at 425 2nd St. NW, Wash, DC 20001 but is in NYC with a mailing address at 420 West 19th St. #13F, NY, NY 10011__

Date __May 5, 2008__

BAR IDENTIFICATION NO. __533__

Signature __Theresa Small Smith__

Print Name __Theresa Small Smith__

Address __c/o 420 W. 19th St, #13F__

City __New York__  State __NY__  Zip Code __10011__

Phone Number __301-996-6740__

RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I will mail a copy of this form to defendants Shimizu & Smyth attorney Shoobs and Fraser today.