# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Theresa Small Smith (no hyphen)
c/o 420 W. 19th St,
#13F, NY, NY, 10011
**Plaintiff**

vs.

Civil Action No. 07cv2217/PLF

Holly Shimizu, Elizabeth Smyth, Prudence Fraser.
**Defendant**

## NOTICE OF APPEAL

Notice is hereby given this 5th day of May, 2008, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 14th day of April, 2008 in favor of Defendant inspite of Plaintiff's request under Patrick Law + motion to transfer case to Dist Court in NY 500 Pearl St. NY against said Plaintiff, Theresa Small Smith, heir to property + property owner which is not govt property.

_Theresa Small Smith_
**Attorney or Pro Se Litigant**

Plaintiff requests also that appeal case be transferred to Dist Court in NYC. See attached motion to Transfer + Appendix A.

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated: Holly Shimizu + Elizabeth Smyth - atty of Record
Alexander Shaobi, US ATTY office, 555 4th St, NW Wash, DC,
Prudence Fraser, 1-2 Mass Ave, NE, Wash, DC 20001

RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

Appendix A
Case 1:07-cv-02217-PLF Document 19 Filed 05/05/2008 Page 2 of 2
Case 1:07-cv-02217-PLF Document 13 Filed 04/03/2008 Page 1 of 1

United States District Court
Civil Division
333 Constitution Avenue, NW
Washington, DC 20001

```
-------------------------------------X        Dated: April 3, 2008
Theresa Small Smith,
                                              Docket No. 07cv2217
            Plaintiff,                        Judge: Paul L. Friedman
        v.
Holly Shimuzi
c/o 350 First Street, SW
aka Botanical Gardens
Washington, DC 20007                          MOTION TO TRANSFER

Elizabeth Smyth
1100 Jefferson Drive, SW
Washington, DC 20025

Prudence Fraser
1-2 Massachusetts Ave., NE
Washington, DC 20001

            Defendants.
-------------------------------------X
```

I, Theresa Small Smith (no hyphen) do hereby Motion to have the above case 07cv2217 transferred out of the Superior Court of the District of Columbia to the District Court in the State of New York as per *the Patriot Act of 2001*. I believe since my seeking implementation of this action there has been further threats to Plaintiff and Plaintiff offsprings and family members and that the lack of action taken in this matter proves that it would be in the best interest of the Plaintiff and Plaintiff's offsprings to have this action transferred. The Respondents apparently have joint addresses in New York and the District of Columbia and are trafficking information from State to State or to other states posing as Plaintiff. *See Identity Theft Prevention Act of 2007 and Justice for Victims of Torture & Terrorism Act, H5167,IH.*

I respectfully ask this court to grant this Motion for Transfer as it is within the jurisdiction of the law under the *Patriot Act of 2001* which allows an Individual the right to sue in any legal matter in any state or jurisdiction within the United States of America. Pursuant to *Federal Rules of Civil Procedure and Informa Pauperis Act of 2001* mailing of this Motion can be sent by the courts in an Informa Pauperis action, as the Petitioner/Plaintiff has filed an affidavit stating that he/she is poor. Also *See, 28,U.S.C §1915, Informa Pauperis Statute.*

Respectfully submitted before Family Division of the Superior Court, JM Level on April 3,2008 by Theresa Small Smith (no hyphen) c/o 425 2nd Street, NW, Washington, DC 20001, email: mstsmallsmith@yahoo.com.

_____
Theresa Small Smith, Pro Se, Informa Pauperis

RECEIVED
APR - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07cv2217/pg1