# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5139**             **September Term 2007**

1:07-cv-02217-PLF

**Filed On: June 23, 2008** [1123266]

Theresa Small Smith,

    Appellant

v.

Holly H. Shimizu, Executive Director, U.S. Botanical Gardens, et al.,

    Appellees

## O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from Theresa Small Smith, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                  BY:    /s/
                                                      Heather T. Stockslager
                                                      Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis