# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_Theresa Small Smith_   USCA No. _08-5139_

v.

_Holly Shimizu, et al_   USDC No. _07cv2217_
_Prudence Fraser_
_Elizabeth Smyth_

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, _Theresa Small Smith_, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

I. The appellee are not Gov't defendants but are property pirates and in violation of an Executive Order which prevents citizens of the US from being subjected to property piracy + fraud. The property is private property.

Signature _Theresa Small Smith_

Name of Pro Se Litigant (PRINT) _Theresa Small Smith_

Address ~~[struck out]~~ c/o 420 West 19th St #13F
New York, NY 10011

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

Rec'd 7/15/08 in in-box. TD

Residential property belonging to appellant and appellant's family who are N/A as a result of the conspiracy planned by appellees who have emptied out appellants private, professional & personal property and destroyed property structure in order to render appellant & appellants family members homeless for some past vendetta appellees deluded themselves into as the result of appellants family not doing business with them and because appellants' family were Government officials who reviewed and rendered decisions in legislation, military proceedings, etc. Appellees deliberately and with intent set out to defraud the United States by declaring themselves as Executries & joint defendants with the help of those currently in the US atty office who has also misrepresented themselves as an investigation into the statements made regarding ownership as per the property piracy Executive Order should have been done by the US attorneys office as well as the investigation under the Patrick Law should have been conducted by court into the credentials of these individuals before any decision or order should have taken effect.

II. No decision in this case should have been initiated based on prior decision from similar or past cases filed by appellant as new evidence was presented and the statements regarding Property piracy & defrauded the US were not even considered.

III. With regard to Prudence Fraser who was stated as not being a gov't official and did not respond to court a default judgment should have been granted and the judge had no right to include her in his dismissal.

IV. The person claiming to be Judge Paul Friedman in courtroom 25A is a relative to these individuals and his decision was totally bias & done with prejudice as appellant & family members had experience their fraudulent & deceitful acts in the past.

V. No decision should have been made in view of request for transfer of case.

Authorities

Executive Order of the President, 1988 - Property Piracy
Patrick Law of 2006 & 2001 - Patriot Act
HR 790 - Private Property Owners Bill of Rights
ID Prevention Act of 2007
HR 5161 - Justice for Victims of Terrorism Act

# Affidavit Accompanying Motion for Leave to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Theresa Small Smith

Case No. 08-5139

v.

Holly Shimizu, Prudence Fraser, Elizabeth Smyth

## Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

## Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Theresa Small Smith      Date: 6/4/08

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 0 | $ | $ 0 | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Jones + Associates | 1319 E. Cap St NW | 12/1/07 - 12/13/07 | $800.00 |
| Career Blazers | 1100 Ct Av, NW | 6/1/06 - 6/10/07 | $1800.00 |
| [illegible] | [illegible] | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) N/A

Other real estate (Value) _____

Motor vehicle # 1 _____ (Value)
Make & year: _____
Model: _____
Registration #: _____

Motor vehicle #2 N/A (Value)
Make & year _____
Model _____
Registration #: _____

Other Assets (Value) _____

Other Assets (Value) _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Holly Shimizu | 1 Billion | Same |
| Audrese Fraser | 1 Billion | Same |
| Smithsonian aka Elizabeth Smyth, et al. | 1 Billion | Same |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Tracy + Troy | Sons | 24 |
| Tiana + Tiara | daughters | 18 |
| Trent + Trina | Son + daughter | 15 |
| Tyler, Tyson, Tyre, Tina | Sons + daughter | 12 |
| Tristan, Tristina, Tristine | 2 daughters + Son | 10 |
| Therese + Theresa | daughters | 6 |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ |
|   Homeowner's or renter's | $ 0 | $ |
|   Life | $ 0 | $ |
|   Health | $ 0 | $ |
|   Motor Vehicle | $ 0 | $ |
|   Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
|   Motor Vehicle | $ 0 | $ |
|   Credit card (name): _____ | $ 0 | $ |
|   Department store (name): _____ | $ 0 | $ |
|   Other: _____ | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ |
| Total monthly expenses: | $ 0 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes  [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. _I am being deliberately forced into poverty by appellees + associates. See The People of the State of New York v. Fraser; Alfred E. Smith v. Smyth; Albert Small v. Shimizu._

13. State the address of your legal residence. _My legal residences are partly in complaint, my mail can be sent to, c/o 420 West 19th St, #13F, New York, NY 10011_

Your daytime phone number: (301) 996-6740
Your age: 54   Your years of schooling: Ph.D
Your social-security number: 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